UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STUDENT DOE,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, TODD LYONS, Acting Director of the Immigration and Customs Enforcement, and PAMELA BONDI, Attorney General of the United States,<br><br>    Defendants, | No. 1:25-cv-11037-JEK |

## ORDER

**KOBICK, J.**

On April 21, 2025, plaintiff Student Doe, proceeding by pseudonym,[1] filed this action alleging, among other claims, that his F-1 student status in the Student and Exchange Visitor Information Systems ("SEVIS") was unlawfully terminated in violation of the Due Process Clause of the Fifth Amendment and the Administrative Procedure Act. ECF 1, ¶¶ 42-50. The complaint names Kristi Noem, Secretary of the Department of Homeland Security; Todd Lyons, Acting Director of the Immigration and Customs Enforcement; and Pamela Bondi, Attorney General of the United States, as defendants. *Id.* ¶¶ 14-16. That same day, Doe also moved for a temporary restraining order. After reviewing the complaint, the motion for a temporary restraining order, and

---

[1] Plaintiff's motion to proceed pseudonymously remains pending. ECF 2. By referring to the plaintiff as Doe at this stage, the Court expresses no view on that motion. References to Doe should not pose an obstacle to the defendants' compliance with this Order because Doe represents that they "would be made aware of [his] identities, as necessary, . . . and so will be able to litigate the case 'normally.'" *Id.* at 5.

related filings, for good cause shown, and pursuant to Federal Rule of Civil Procedure 65(b), the Court hereby orders as follows:

1.  Defendants Noem, Lyons, and Bondi, and any agents acting under their authority or control, are temporarily restrained (a) from arresting or detaining plaintiff Doe, under 8 U.S.C. § 1226(a), or otherwise for being unlawfully present in the United States without legal permission or authority, based on the termination his F-1 student status in SEVIS, or (b) if Doe has already been arrested or detained, transferring him outside the District of Massachusetts, until 5:00 p.m. on Wednesday, April 30, 2025. This order is subject to such further extension by the Court as may be appropriate.

2.  This order is issued without notice to the United States because there are specific facts set out in the affidavits and pleadings that clearly show that immediate and irreparable injury, loss, or damage will result to plaintiff Doe before the United States can be heard in opposition.

3.  Having already initiated service of the complaint and summons on the defendants on April 21, 2025, ECF 8, plaintiff Doe is ordered to also serve a copy of this order and his motion for a temporary restraining order, memorandum in support of that motion, and all related filings on the United States Attorney for the District of Massachusetts, and to complete service in accordance with Federal Rule of Civil Procedure 4(i)(2), by 5:00 p.m. on Thursday, April 24, 2025.

4.  The defendants shall file any opposition or response to the motion for a temporary restraining order by the close of business on Monday, April 28, 2025.

5.  A hearing shall be held on Tuesday, April 29, 2025, at 1:00 p.m., in Courtroom 3.

**SO ORDERED.**

/s/ Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2025